IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DANIEL FLODIN,

                                                  ORDER

                    Plaintiff,

                                                13-cv-853-bbc

          v.

UNITED STATES OF AMERICA,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Daniel Flodin is suing the government under the Federal Tort Claims Act for negligently failing to prevent his father from falling while at a medical clinic for veterans. Trial is scheduled for March 7, 2016.

      On February 5, 2016, at approximately 5:00 pm, the government filed an untimely motion for judgment on the pleadings on the ground that the statute of limitations for plaintiff's claim expired before he filed this case. The government does not provide any reason for missing the deadline for dispositive motions by nearly a year.

      I will give plaintiff an opportunity to respond to the government's motion, but the parties should not expect that the motion will be resolved before trial. All deadlines remain in place unless otherwise ordered by this court. In addition, I am moving the trial one day to March 8, 2015, to accommodate a conflict in the court's schedule.

1

ORDER

IT IS ORDERED that

1.  Plaintiff Daniel Flodin may have until February 22, 2016, to file a response to the government's motion for judgment on the pleadings.  There will be no reply.

2.  The starting trial date is MOVED to March 8, 2016.

3.  All other deadlines remain in place.

Entered this 8th day of February, 2016.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2